MARYLAND CASUALTY COMPANY, Appellant, v. RAYMOND SPECTOR, Respondent.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McNally, JJ.